# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Northstar Contracting, Inc. | ) | ASBCA Nos. 60900, 60901 |
| | ) | |
| Under Contract No. NNC10CA28C | ) | |

APPEARANCES FOR THE APPELLANT:      Robert A. Hager, Esq.
Justin M. Alaburda, Esq.
Alex J. McCallion, Esq.
  Brennan, Manna & Diamond, LLC
  Akron, OH

APPEARANCES FOR THE GOVERNMENT:      Scott Barber, Esq.
  NASA Chief Trial Attorney
Tamika S. Laldee Serrant, Esq.
  Senior Trial Attorney
  NASA Glenn Research Center
  Cleveland, OH

## OPINION BY ADMINISTRATIVE JUDGE D'ALESSANDRIS

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that these appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,216,794.79. This amount is inclusive of interest. No further interest shall be paid.

Dated: June 26, 2018

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 60900, 60901, Appeals of Northstar Contracting, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals